# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA | ) JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | ) |
| Mohammed Rezaian | ) USDC Case Number: CR-13-00246-001 CRB |
| | ) BOP Case Number: DCAN313CR00246-001 |
| | ) USM Number: 18170-111 |
| | ) Defendant's Attorney: Marcus Topel and Lyn Agre (retained) |

**THE DEFENDANT:**

☑ pleaded guilty to counts: <u>1 and 3 of the Information.</u>

☐ pleaded nolo contendere to count(s): _____ which was accepted by the court.

☐ was found guilty on count(s): _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 15 U.S.C. § 1 | Bid Rigging | January 11, 2011 | 1 and 3 |
| | | | |
| | | | |

The defendant is sentenced as provided in pages 2 through <u>7</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s): _____

☐ Count(s) _____ is/are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/8/2018
Date of Imposition of Judgment

_(signature)_
Signature of Judge
The Honorable Charles R. Breyer
Senior United States District Judge
Name & Title of Judge

5/11/2018
Date

# PROBATION

The defendant is hereby sentenced to probation for a term of: <u>Four years probation. This term consists of terms of four years on each of Counts 1 and 3, all such terms to run concurrently.</u>

The appearance bond is hereby exonerated. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

## MANDATORY CONDITIONS OF SUPERVISION

1) You must not commit another federal, state or local crime.
2) You must not unlawfully possess a controlled substance.
3) You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - [✓] The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4) [✓] You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5) [ ] You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6) [ ] You must participate in an approved program for domestic violence. *(check if applicable)*
7) [ ] You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8) You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9) If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10) You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

# STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court, and bring about improvements in your conduct and condition.

1) You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2) After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3) You must follow the instructions of the probation officer related to the conditions of supervision.
4) You must answer truthfully the questions asked by your probation officer.
5) You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

☐ If the probation officer determines that you pose a risk to a third party, the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk. *(check if applicable)*

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision upon a finding of a violation of probation or supervised release.

(Signed) _____    _____
         Defendant                           Date

         _____    _____
         U.S. Probation Officer/Designated Witness    Date

## SPECIAL CONDITIONS OF SUPERVISION

1. You shall perform 800 hours of community service at a homeless shelter, as directed by the probation officer.

2. You shall pay any restitution, fine and special assessment that is imposed by this judgment and that remains unpaid at the commencement of the term of probation.

3. You shall not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons.

4. You shall reside at a halfway house/residential reentry center for a period of 5 months, and shall abide by the rules and regulations of that facility. You shall remain at that facility until you are discharged by the supervising probation officer.

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments.

|  | **Assessment** | **JVTA Assessment*** | **Fine** | **Restitution** |
|---|---|---|---|---|
| **TOTALS** | $ 200 | Waived | $ 1,236,355 | $ 110,155.70 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Aurora Loan Services | $1,250.00 | $1,250.00 | |
| Bank of America, N.A. | $4,333.34 | $4,333.34 | |
| David Burkholder | $1,500.00 | $1,500.00 | |
| Giovanni Santos | $1,000.00 | $1,000.00 | |
| Capital One Bank | $2,333.33 | $2,333.33 | |
| CIT Bank, NA | $625.00 | $625.00 | |
| CitiMortgage | $7,166.67 | $7,166.67 | |
| Aegis Wholesale Corporation | $333.33 | $333.33 | |
| Deutsche Bank National Trust | $1,732.14 | $1,732.14 | |
| Peak Finance Company | $833.33 | $833.33 | |
| JPMorgan Chase Bank, N.A. | $27,301.40 | $27,301.40 | |
| ING Financial Holdings LLC | $3,500.00 | $3,500.00 | |
| Ocwen Loan Servicing, LLC | $11,875.00 | $11,875.00 | |
| U.S Bank Home Mortgage | $1,000.00 | $1,000.00 | |
| Wells Fargo Bank, N.A. | $21,416.83 | $21,416.83 | |
| The Bank of New York Mellon Corporation | $555.33 | $555.33 | |
| OneWest Bank | $3,500.00 | $3,500.00 | |
| Provident Funding Associates, L.P. | $2,000.00 | $2,000.00 | |
| MTGE Investment Corp. | $2,400.00 | $2,400.00 | |
| Residential Mortgage Capital | $1,000.00 | $1,000.00 | |
| Northwest Trustee Services, Inc. | $2,000.00 | $2,000.00 | |
| Burl Walker | $1,250.00 | $1,250.00 | |
| David Curley | $4,500.00 | $4,500.00 | |
| Ally Bank | $4,750.00 | $4,750.00 | |
| Black Night | $2,000.00 | $2,000.00 | |
| **TOTALS** | $110,155.70 | $110,155.70 | |

☑ Restitution amount ordered pursuant to plea agreement $ $110,155.70

---

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

☑ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the fine/restitution.

☐ the interest requirement is waived for the fine/restitution is modified as follows:
_____

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows[*]:

**A** ☑ Lump sum payment of _____$1,346,710.70_____ due immediately, balance due

    ☐ not later than _____ , or

    ☑ in accordance with  ☐ C,  ☐ D, or  ☐ E, and/or  ☑ F below); or

**B** ☐ Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:
**All monetary penalties must be paid within 15 days from placement on supervision. Any established payment plan does not preclude enforcement efforts by the US Attorney's Office if the defendant has the ability to pay more than the minimum due. The payments shall be made to the Clerk of U.S. District Court, Attention: Financial Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>(including defendant number) | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s): _____

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

☐ The Court gives notice that this case involves other defendants who may be held jointly and severally liable for payment of all or part of the restitution ordered herein and may order such payment in the future, but such future orders do not affect the defendant's responsibility for the full amount of the restitution ordered.

---

[*] Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.